# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 339 EAL 2020

Respondent    :

   :   Petition for Allowance of Appeal
   :   from the Order of the Superior Court

v.    :

SHAQUILLE GURLEY,    :

Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of March, 2021, the Application to Withdraw as Counsel is **GRANTED**, and the Petition for Allowance of Appeal is **DENIED**.